IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**PAMELA L. PARSONS**                                                                       **PLAINTIFF**

**VS.**                             **CIVIL ACTION NO. 4:12-CV-135-HTW-LRA**

**METROPOLITAN LIFE INSURANCE COMPANY**                 **DEFENDANT**

**NOTICE OF APPEAL TO THE UNITED STATES
COURT OF APPEALS FOR THE FIFTH CIRCUIT**

    COMES NOW Plaintiff, Pamela L. Parsons, and files this her Notice of Appeal to the Fifth Circuit, as follows:

1.

The Party appealing this matter is: Pamela L. Parsons.

2.

    Pamela L. Parsons appeals from the following opinions, rulings, and judgments of the United States District Court for the Southern District of Mississippi, Southern Division:

1. Memorandum Opinion and Order Granting Defendant's Motion for Judgment on the Administrative Record or, Alternatively, for Summary Judgment dated December 2, 2013 [**Doc. # 17**]; and

2. Final Judgment dated December 2, 2013 [**Doc. # 18**].

3.

    Appeal of the above opinions, rulings, and judgments is to the United States Court of Appeals for the Fifth Circuit.

DATED this the 11th day of December, 2013.

Respectfully submitted,

*s/C. VICTOR WELSH, III*

## CERTIFICATE OF SERVICE

I, C. Victor Welsh, III, do hereby certify that I have served a true and correct copy of the above and foregoing document by ECF transaction to the following counsel of record:

Kenna L. Mansfield, Jr.
Kmansfield@wellsmar.com
WELLS, MARBLE & HURST, PLLC
300 Concourse Blvd., Suite 200
Ridgeland, MS 39157
P. O. Box 131
Jackson, MS 39205-0131

DATED this the 11th day of December, 2013.

*s/C. VICTOR WELSH, III*

OF COUNSEL:

PITTMAN, GERMANY, ROBERTS & WELSH, L.L.P.
410 SOUTH PRESIDENT STREET (39201)
POST OFFICE BOX 22985
JACKSON, MS 39225-2985
TELEPHONE: 601-948-6200
CVW@PGRWLAW.COM

WADE WHITE ,(MSB #101580)
JORDAN & WHITE, LLC
501 MAIN STREET
P. O. DRAWER 459
PHILADELPHIA, MS 39530
TELEPHONE: 601-656-2451
WADEWHITE@BELLSOUTH.NET